IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID SPERRY, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.                                                                 No. CIV 21-1036 JB/SCY

INTEGRATED PETROLEUM
TECHNOLOGIES, INC.,

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order Granting Rule 41 Stipulation of Dismissal with Prejudice, filed March 21, 2023 (Doc. 40)("Order"). In the Order, the Court "dismiss[es] all claims against New IPT, Inc. with prejudice." Order at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Original Complaint, filed October 27, 2021 (Doc. 1), is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
Josephson Dunlap LLP
Houston, Texas

-- and --

Richard Burch
Law Offices of Richard Burch
Houston, Texas

    *Attorneys for the Plaintiff*

Charles J. Vigil
Samantha M. Hults
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*